**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Cr. No. 15-cr-10256-RGS –(MPK) |
| ) | |
| v. ) | VIOLATIONS: |
| ) | |
| 1.  **ROBERTO CHRISTIAN** ) | |
| **JIMENEZ-HEYER**, a/k/a "Forty," ) | 18 U.S.C. § 1962(d) -- |
| 2.  **ANGEL MEJIA ZELAYA**, a/k/a "Stackz," ) | Conspiracy to Conduct Enterprise |
| 3.  **BRANDON BAEZ**, a/k/a "Big Baby" ) | Affairs Through a Pattern of |
| 4.  **JOSUE RODRIGUEZ**, a/k/a "SB," ) | Racketeering Activity |
| and a/k/a "Superbad," ) | |
| 5.  **WILFREDO DELACRUZ**, ) | 21 U.S.C. § 846 -- |
| 6.  **HENRY DEL-RIO**, a/k/a "Junior," ) | Conspiracy to Distribute Cocaine, |
| 7.  **ELYHAS DIAZ**, a/k/a "Boi Boi," ) | Cocaine Base, and Heroin |
| 8.  **ANNA GARCIA**, ) | |
| 9.  **CHRISTIAN GONZALEZ**, a/k/a "Chee," ) | 18 U.S.C. § 922(k) -- |
| 10. **JESSIKA HEYER**, ) | Possession of a Firearm with |
| 11. **JERRY LEIVA**, a/k/a "Fetti," ) | an Obliterated Serial Number |
| 12. **JOSE PEREZ**, and ) | |
| 13. **EMMITT SIMPKINS**, a/k/a "Easy," ) | 18 U.S.C. § 922(a)(1)(A) -- |
| ) | Engaging in the Business of Dealing |
| Defendants. ) | in Firearms without a License |
| ) | |
| ) | 21 U.S.C. § 841(a)(1) |
| ) | Possession of Cocaine Base with |
| ) | Intent to Distribute |
| ) | |
| ) | 18 U.S.C. § 924(c)(1)(A) -- |
| ) | Possession of a Firearm in |
| ) | Furtherance of a Drug Trafficking |
| ) | Crime |
| ) | |
| ) | 21 U.S.C. § 856(a)(2) – |
| ) | Maintaining a Drug Involved |
| ) | Premises |
| ) | |
| ) | 21 U.S.C. § 853 -- |
| ) | Drug Forfeiture Allegation |
| ) | |
| ) | 18 U.S.C. § 924(d) and |
| ) | 28 U.S.C. § 2461(c) -- |
| ) | Firearm Forfeiture Allegation |

## GOVERNMENT'S MOTION TO SEAL AND UNSEAL INDICTMENT

Pursuant to FRCP 6(e)(4), the United States of America hereby moves this Court to direct that the indictment be sealed (and that no person shall disclose the return of the indictment except when necessary for the issuance and execution of a warrant) until 8:00 a.m. on Thursday, June 9, 2016, at which time the indictment should be unsealed.

The United States further moves, pursuant to General Order 06-05 that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States has filed in this matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _____
EMILY CUMMINGS
MICHAEL CROWLEY
Assistant U.S. Attorneys

Date: June 8, 2016

*Allowed*
*P. Kelley*
*6/8/16*