AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

SEALED

| | |
|---|---|
| United States of America<br>v.<br>Angel Mejia Zelaya, a/k/a "Stackz"<br><br>*Defendant* | )<br>)  Case No. 15-CR-10256-RGS<br>)                (MPK)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Angel Mejia Zelaya, a/k/a "Stackz"                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity
21 U.S.C. § 846 - Conspiracy to Distribute Cocaine Base and Cocaine
18 U.S.C. § 922(a)(1)(A) - Engaging in the Business of Dealing in Firearms Without a License

Date:   06/08/2016

*Issuing officer's signature*

City and state:   Boston, Massachusetts                            U. S. Magistrate Judge
                                                                                     *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____                              _____<br>                                                                                                 *Arresting officer's signature*<br><br>                                                                                                 _____<br>                                                                                                 *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

*SEALED*

| United States of America | ) |
| v. | ) |
| Brandon Baez a/k/a "Big Baby" | ) Case No.  15-CR-10256-RGS |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Brandon Baez a/k/a "Big Baby",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity
21 U.S.C. § 846 - Conspiracy to Distribute Cocaine Base and Cocaine

Date: 06/08/2016

*Issuing officer's signature*

City and state: Boston, Massachusetts

*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| Josue Rodriguez a/k/a "SB" a/k/a "Superbad" | ) Case No. 15-CR-10256-RGS |
| | ) |
| Defendant | ) |

SEALED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Josue Rodriguez a/k/a "SB" a/k/a "Superbad",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity
21 U.S.C. § 846 - Conspiracy to Distribute Cocaine Base and Cocaine

Date: 06/08/2016

*Issuing officer's signature*

City and state: Boston, Massachusetts

U.S. Mag. Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

SEALED

United States of America
v.
Wilfredo Delacruz

Case No. 15-CR-10256-RGS

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Wilfredo Delacruz ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(a)(1)(A) - Engaging in the Business of Dealing in Firearms Without a License

Date: 06/08/2016

_____
*Issuing officer's signature*

City and state: Boston, Massachusetts

_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| Henry Del-Rio a/k/a "Junior" | ) Case No. 15-CR-10256-RGS |
| | ) |
| Defendant | ) |

*SEALED*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Henry Del-Rio a/k/a "Junior",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) – Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity
21 U.S.C. § 846 – Conspiracy to Distribute Cocaine Base and Cocaine
21 U.S.C. § 846 – Conspiracy to Distribute Heroin
18 U.S.C. § 922(k) – Possession of a Firearm with an Obliterated Serial Number

Date:   06/08/2016

*Issuing officer's signature*

City and state:   Boston, Massachusetts

*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____. |
| Date: _____   Arresting officer's signature _____ |
| Printed name and title _____ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| Elyhas Diaz a/k/a "Boi-Boi" | ) Case No. 15-CR-10256-RGS |
| | ) |
| Defendant | ) |

SEALED

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Elyhas Diaz a/k/a "Boi-Boi"                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) – Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity
21 U.S.C. § 846 – Conspiracy to Distribute Cocaine Base and Cocaine
21 U.S.C. § 846 – Conspiracy to Distribute Heroin
18 U.S.C. § 922(a)(1)(A) – Engaging in the Business of Dealing in Firearms Without a License

Date:  06/08/2016                                      _____
                                                       *Issuing officer's signature*

City and state:   Boston, Massachusetts                U.S. Mag. Judge
                                                       *Printed name and title*

---

**Return**

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |

Date: _____                                 _____
                                                       *Arresting officer's signature*

                                                       _____
                                                       *Printed name and title*

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America
v.
Anna Garcia

Case No. 15-CR-10256-RGS

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Anna Garcia
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 – Conspiracy to Distribute Cocaine Base and Cocaine

Date: 06/08/2016

*Issuing officer's signature*

City and state: Boston, Massachusetts

U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 15-CR-10256-RGS |
| CHRISTIAN GONZALEZ a/k/a "Chee" | ) ) ) ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Christian Gonzalez a/k/a "Chee",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 – Conspiracy to Distribute Cocaine Base and Cocaine

Date: 06/08/2016

*Issuing officer's signature*

City and state: Boston, Massachusetts

U.S. Mc___ Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 15-CR-10256-RGS |
| Jessika Heyer | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jessika Heyer                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 856(a)(2) – Managing and Controlling a Building for Distribution and Use of Controlled Substances

Date:   06/08/2016

_____
*Issuing officer's signature*

City and state:   Boston, Massachusetts            U.S. Magistrate Judge
_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                   _____ *Arresting officer's signature* |
|                                                      _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) SEALED Case No. 15-CR-10256-RGS | |
| JERRY LEIVA | ) | |
| a/k/a "Fetti" | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jerry Leiva a/k/a "Fetti",
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment  ☑ Superseding Indictment  ❏ Information  ❏ Superseding Information  ❏ Complaint
❏ Probation Violation Petition  ❏ Supervised Release Violation Petition  ❏ Violation Notice  ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) – Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity
18 U.S.C. § 922(a)(1)(A) – Engaging in the Business of Dealing in Firearms Without a License

Date: 06/08/2016

*Issuing officer's signature*

City and state: Boston, Massachusetts    U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JOSE PEREZ | ) Case No. | 15-CR-10256-RGS |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Jose Perez                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(a)(1)(A) – Engaging in the Business of Dealing in Firearms Without a License

Date:    06/08/2016

_____
*Issuing officer's signature*

City and state:   Boston, Massachusetts

U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Jose Perez

Known aliases: _____

Last known residence: 5 Lander Street, Apt 3, Lynn, MA

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: 04/22/1997

Social Security number: 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

Height: _____   Weight: _____

Sex: Male   Race: Hispanic

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 15-CR-10256-RGS |
| Emmitt Simpkins a/k/a "Easy" | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

**SEALED**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Emmitt Simpkins a/k/a "Easy"                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity
21 U.S.C. § 846 - Conspiracy to Distribute Cocaine Base and Cocaine

Date: 06/08/2016

*Issuing officer's signature*

City and state: Boston, Massachusetts

P. Kelly, U.S. Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
|---|
| at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |