AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America
v.
Anna Garcia

Defendant

)
)
)  Case No.  15-CR-10256-RGS
)
)
)
)

SEALED

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT DISTRICT OF MASS. 2016 JUN 13 AM 9 13

RECEIVED U.S. MARSHALS SERVICE BOSTON, MA 2016 JUN 9 AM 6 59

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Anna Garcia
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 – Conspiracy to Distribute Cocaine Base and Cocaine

Date:  06/08/2016

_Page Kelley_
*Issuing officer's signature*

City and state:  Boston, Massachusetts

U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY ATF
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON  6/9/2016

*Arresting officer's signature*

*Printed name and title*