PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

      vs.

<u>Ana Garcia</u>                  Docket No. <u>0101 1:15CR10256</u>

**PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE**

The undersigned Pretrial Services Officer presents this report regarding defendant Ana Garcia , who was placed under pretrial release supervision by the Honorable <u>Donald L. Cabell</u>, on <u>6/14/2016</u> under the following conditions:

1. Report to U.S. Probation and Pretrial Services as directed.
2. Travel is restricted to the District of Massachusetts.
3. Maintain residence at 144 Bernard Street, Apartment 2, Dorchester, MA and do not move without prior permission of U.S. Probation and Pretrial Services.
4. The defendant is prohibited from entering Chelsea without prior permission of U.S. Probation and Pretrial Services, except to obtain belongings from her apartment.
5. Surrender any passport to U.S. Probation and Pretrial Services within 1 week.
6. Do not obtain a passport or any other travel document while this case is pending. 7. Avoid all contact, directly or indirectly, with any person who is or may be a victim or potential witness in the investigation or prosecution, including, but not limited to members and associates of East Side Money gang and co-defendants, unless in the presence of counsel.
8. Continue or actively seek employment.
9. Report any contact with law enforcement within 24 hours.
10. Refrain from possessing any firearm, destructive device, or other dangerous weapon.
11. Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.
12. Submit to testing for a prohibited substance if required by pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing of a sweat patch, a remote alcohol testing system, and or/any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

On 6/14/16, Ms. Garcia tested positive for marijuana at her initial drug screen. At this time, Probation respectfully seeks no action by the Court. Ms. Garcia used the illegal substance prior to her initial appearance. In response to the reported use and positive test result, the probation officer has enrolled Ms. Garcia in a random drug testing program in order to more closely monitor her sobriety or drug use. We will notify Your Honor of any additional violations.

I declare under the penalty of perjury that the foregoing is true and correct.

Date: 6/29/16

  /s/ Jessica Turkington
Jessica Turkington
U.S. Probation Officer

_____

Donald L. Cabell
U.S. Magistrate Judge