UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                    DOCKET NO. 1:15-cr-10256-RGS-8

ANA GARCIA

## ASSENTED TO MOTION TO AMEND RELEASE CONDITIONS

NOW COMES the accused, Ana Garcia, by and through counsel, Paul J. Garrity, and

hereby moves this Court to amend her release conditions to permit her to travel to New

Hampshire on July 22, 2016 and to return to the District of Massachusetts on July 24, 2016.

In support of this Motion the accused states as follows:

1. The accused's release conditions on the above captioned matter require that she not

   leave the District of Massachusetts.

2. The accused wishes to travel to Campton, NH to celebrate her birthday. If authorized,

   the accused would be traveling to New Hampshire on July 22, 2016 and returning to

   Massachusetts on July 24, 2016.The accused would be staying at Armsby Circle 7,

   Campton, NH if allowed to travel outside of Massachusetts.

3. The Government does not object to this motion.

4. The accused's pre-trial services officer, Jessica Turkington, does not object to this

   motion.

WHEREFORE, the accused respectfully requests that this Court grant her motion and

amend her release condition to allow her to travel to Campton, NH from July 22, 2016 to July

24, 20216.

Respectfully submitted,

Ana Garcia,
By her Attorney,

DATE:          February 9, 2016                    /s/   Paul J. Garrity_____
                                                   Paul J. Garrity
                                                   Bar #905
                                                   14 Londonderry Road
                                                   Londonderry, NH  03053
                                                   603-434-4106

CERTIFICATE OF SERVICE

I, Paul J. Garrity, hereby certify that on this 19th day of July, 2016 a copy of the within motion was e-filed for all parties involved.

_____/s/    Paul J. Garrity_____